United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Enrique Madrinan, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-20932-Civ-Scola |
| | ) |
| Smart Bites Enterprises, LLC and others, Defendants. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Voluntary Dismissal, ECF No. 18). The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on July 24, 2017.

_____
Robert N. Scola, Jr.
United States District Judge